Opinion filed December 16,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00346-CV

                                                    __________

 

 DAVID KENNETH WALKER AND
DONNA GAIL WALKER, Appellants

 

                                                             V.

 

 LAUREL ELIZABETH VICARS
AND ERIC RICHARD VICARS, Appellees



 

                                   On
Appeal from the 318th District Court 

 

                                                           Midland
County, Texas

 

                                                  Trial
Court Cause No. FM 48349  

 



 

                                            M
E M O R A N D U M    O P I N I O N

            David
Kenneth Walker and Donna Gail Walker have filed a motion to dismiss their
appeal.  The Walkers state in their motion that this appeal is now moot.  The
motion is granted, and the appeal is dismissed.

 

                                                                                    PER
CURIAM

 

December 16,
2010     

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.